```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT

                                   JUN - 6 2024

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____rsm_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **2:24-CR-00350-ODW** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl] |
| GEORGE SILVA, | |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 15, 2022, in Santa Barbara County, within the Central District of California, defendant GEORGE SILVA

//
//
//
//
//
//
//
//
//

knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Ian Yanniello*

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

KELLYE NG
Assistant United States Attorney
Violent & Organized Crime Section

DECLAN T. CONROY
Assistant United States Attorney
International Narcotics, Money
Laundering, & Racketeering Section